UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. MJ 08-130 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | DETENTION ORDER |
| LEE SOLOMON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

<u>Offense charged</u>:   Abusive Sexual Contact with a Minor

<u>Date of Detention Hearing</u>:   March 31, 2008

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant is charged by complaint with abusive sexual contact with a minor female.

DETENTION ORDER                                                                                          15.13
18 U.S.C. § 3142(i)                                                                                      Rev. 1/91
PAGE 1

01         2.        Defendant does not have a stable employment and residential history. The case
02 agent believes the defendant "hid out" until charges were filed on a second child molestation
03 charge. The AUSA alleges that law enforcement had some difficulty locating the defendant after
04 his initial arrest and release, and after charges were filed in February 2008. The defendant disputes
05 these contentions.

06         3.        An acceptable residential placement has not been identified for defendant. Those
07 suggested by defendant would not reasonably assure the safety of the community or address the
08 risk of flight.

09         4.        Defendant poses a risk of danger due to the nature of the instant charge and
10 criminal history. He poses a risk of nonappearance due to a history of numerous failures to appear
11 for driving offenses, a sporadic residential and employment history, and some concern that the
12 defendant "hid out" after his initial arrest.

13         5.        There does not appear to be any condition or combination of conditions that will
14 reasonably assure the defendant's appearance at future Court hearings while addressing the danger
15 to other persons or the community.

16 It is therefore ORDERED:

17     (1)    Defendant shall be detained pending trial and committed to the custody of the
18            Attorney General for confinement in a correction facility separate, to the extent
19            practicable, from persons awaiting or serving sentences or being held in custody
20            pending appeal;

21     (2)    Defendant shall be afforded reasonable opportunity for private consultation with
22            counsel;

DETENTION ORDER        15.13
18 U.S.C. § 3142(i)        Rev. 1/91
PAGE 2

(3)   On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4)   The clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this <u>31st</u> day of March, 2008.

*[signature]*

Mary Alice Theiler
United States Magistrate Judge