UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>LEE SOLOMON,<br><br>　　　　　　　Defendant. | Case No. CR08-133-JCC<br><br>**PROPOSED FINDINGS OF FACT AND DETERMINATION AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE** |

## INTRODUCTION

I conducted a hearing on alleged violations of supervised release in this case on September 21, 2009. The defendant appeared pursuant to a warrant issued in this case. The United States was represented by Bruce F. Miyake, and defendant was represented by Peter J. Avenia. Also present was Senior U.S. Probation Officer Jennifer J. Tien. The proceedings were digitally recorded.

## SENTENCE AND PRIOR ACTION

Defendant was sentenced on September 19, 2008 by the Honorable John C. Coughenour for Abusive Sexual Contact with a Minor. He received 9 months of imprisonment and 5 years of supervised release.

///

PROPOSED FINDINGS OF FACT AND DETERMINATION AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE- 1

## PRESENTLY ALLEGED VIOLATIONS AND DEFENDANT'S ADMISSION OF THE VIOLATION

In a petition dated July 30, 2009, Senior U.S. Probation Officer Jennifer J. Tien alleged that defendant violated the following conditions of supervised release:

1. Failing to report change of address since on or about May 15, 2009, in violation of standard condition 6 and special conditions 6 through 12.

2. Failing to answer truthfully all inquiries and follow the instruction of the probation officer since on or about May 15, 2009, in violation of standard condition 3.

3. Failing to register under the Sex Offender Registration and Notification Act, and comply with all requirements of that Act since July 7, 2009, in violation of his general and special conditions of supervised release.

4. Failing to report law enforcement contact within 72 hours of being arrested or questioned by law enforcement on or before July 30, 2009, in violation of standard condition 11.

Defendant admitted the above violations, waived any hearing as to whether they occurred, and was informed the matter would be set for a disposition hearing October 9, 2009 at 9:00 a.m. before District Judge John C. Coughenour.

## RECOMMENDED FINDINGS AND CONCLUSIONS

Based upon the foregoing, I recommend the court find that defendant has violated the conditions of his supervised release as alleged above, and conduct a disposition hearing.

DATED this 21st day of September, 2009.

BRIAN A. TSUCHIDA
United States Magistrate Judge